# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MACHELLE SINGH,<br><br>    Plaintiff<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>    Defendant | Case No.: 2:23-cv-00436-APG-VCF<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Albertson's LLC's certificate of interested parties (ECF No. 3) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).

I FURTHER ORDER Albertson's to file a proper certificate of interested parties by April 7, 2023.

DATED this 28th day of March, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE