**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MACHELLE SINGH, | Case No.: 2:23-cv-00436-APG-VCF |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| ALBERTSON'S LLC, | |
| Defendant | |

I ORDER that plaintiff Machelle Singh's certificate of interested parties (ECF No. 9) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of the plaintiff as required by the recent amendment to that rule.

I FURTHER ORDER Machelle Singh to file a proper certificate of interested parties by April 7, 2023.

DATED this 29th day of March, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE