# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MACHELLE SINGH,<br><br>　　Plaintiff<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>　　Defendant | Case No.: 2:23-cv-00436-APG-VCF<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Albertson's LLC's certificate of interested parties (ECF No. 12) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of Albertson's LLC as required by the recent amendment to that rule.

I FURTHER ORDER Albertson's to file a proper certificate of interested parties by April 14, 2023.

DATED this 11th day of April, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE