Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
Lisa M. Szyc, Esq.
Nevada State Bar No. 11726
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
lisaszyc@backuslaw.com
Attorneys for Defendant,
*Albertson's LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MACHELLE SINGH, individually, | Case 2:23-cv-00436-APG-MDC |
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| vs. | |
| ALBERTSON'S LLC d/b/a ALBERTSONS, a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive | |
| Defendants. | |

Plaintiff MACHELLE SINGH, by and through her counsel of record M. Erik Ahlander, Esq. of AHLANDER INJURY LAW, and Defendant ALBERTSON'S LLC, and through its counsel of record Jack P. Burden, Esq., Jacquelyn Franco, Esq. and Lisa Szyc, Esq. of BACKUS | BURDEN hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not

for the purpose of delay.

**IT IS HEREBY REQUESTED** that the Settlement Conference of August 22, 2024, Calendar Call of January 21, 2025 and the Trial of January 27, 2025 be **VACATED**.

DATED: July 31, 2024

**BACKUS | BURDEN**

By: /s/ Jack P. Burden
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
Lisa M. Szyc, Esq.
3050 South Durango Dr
Las Vegas, NV 89117
T: (702) 872-5555 – F: (702) 872-5545
Attorneys for Defendant *Albertson's LLC*

DATED: July 31, 2024

**AHLANDER INJURY LAW**

/s/
M. Erik Ahlander, Esq.
Nevada Bar No. 9490
9183W, Flamingo Rd., Ste. 110
Las Vegas, Nevada 89147
T: (702) 996-7400
erik@ahlanderinjurylaw.com
Attorney for *Plaintiff Machelle Singh*

### ORDER - 2:23-cv-00436-APG-MDC

**IT IS HEREBY ORDERED** that all claims that have been brought and/or could have been brought by Plaintiff against Defendant in the above-titled litigation are DISMISSED *WITH* PREJUDICE. This stipulated dismissal ***DOES*** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein. The Settlement Conference of August 22, 2024, Calendar Call of January 21, 2025 and the Trial of January 27, 2025 are HEREBY VACATED.

IT IS SO ORDERED.

DATED August 1, 2024

United States District Court Judge

Respectfully Submitted,
**BACKUS | BURDEN**
By: /s/ Jack P. Burden
Jack P. Burden, Esq.
3050 N. Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant